COLLINS PARK AND BELT RAILROAD COMPANY *v.* WARE.

110 307
Case 1
119 349

SIMMONS, C. J. Where a document presented as a brief of evidence was in large part made from the original stenographic report of the trial, embracing questions to witnesses and their answers, objections to testimony, and colloquies between court and counsel, by interlining words and by striking out many and large parts of such report; and where when presented it still contained irrelevant matter, was marred, scratched, and imperfect, and showed that there had been no bona fide attempt to brief or condense the evidence as the law re-quires, it was proper for the trial judge to refuse to approve it as a brief of evidence. *Jones* v. *West View Cemetery,* 103 *Ga.* 560; *Price* v. *High,* 108 *Ga.* 145. It was then proper to dismiss the motion for new trial, and the judge did not err in refusing to give further time within which to perfect the brief of evidence, an extension of time having been already granted. *Bryant* v. *Gray,* 105 *Ga.* 483.

                *Judgment affirmed. All the Justices concurring.*

Argued December 15, 1899. — Decided January 30, 1900.

Motion for new trial. Before Judge Reid. City court of Atlanta. July 10, 1899.

*Simmons & Corrigan* and *Anderson, Felder & Davis,* for plaintiff in error.
*George L. Bell* and *Rosser & Carter,* contra.